## CITATION

| | | |
|---|---|---|
| **DANNY JONES** |  | Case: 116323<br>Division: C |
| Versus | | 22nd Judicial District Court<br>Parish of Washington |
| **DG LOUISIANA, LLC DBA, ET AL** | | State of Louisiana |

To:  DG LOUISIANA, LLC DBA DOLLAR GENERAL
     THRU ITS AGENT CORPORATION SERVICE CO.
     501 LOUISIANA AVE
     BATON ROUGE, LA 70802

Parish of Washington

*You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, fifteen (15) days after service hereof.*

*Herein fail not or judgment will be rendered against you by default.*

*Witness the Honorable Judges of said Court, this 10TH day of NOVEMBER, 2021.*

_____
*Deputy Clerk of Court for*
*Johnny D. Crain Jr., Clerk of Court*

*Type of Pleading:* PETITION FOR DAMAGES

*Attorney:*
MAULDIN

### Service Information

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
                            By: _____
Mileage    $_____          Deputy Sheriff

Total      $_____

[SERVICE COPY]

**EXHIBIT A**

**22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF WASHINGTON**

**STATE OF LOUISIANA**

NUMBER: 116323                                                      DIVISION: C

**DANNY JONES**

**VERSUS**

**DG LOUISIANA, LLC d/b/a DOLLAR GENERAL, DOLGENCORP, LLC.**

FILED: _____          _____
                                                                          **DEPUTY CLERK**

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, Danny Jones, an individual of the full age of majority and resident of Washington Parish, State of Louisiana, who with respect represents:

1.

Made defendants herein are the following:

a) DG Louisiana, LLC d/b/a Dollar General (hereinafter referred to as "Dollar General") who, on information and belief, is a foreign corporation authorized to do and doing business in the State of Louisiana on November 10, 2020, and who, on information and belief, is the owner and/or operator of the Dollar General Market, Store Number 12291, located at 27203 Highway 62, Washington Parish, State of Louisiana;

b) Dolgencorp, LLC, who, on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana on November 10, 2020, and who, on information and belief, is the owner and/or operator of the Dollar General Market, Store Number 12291, located at 27203 Highway 62, Washington Parish, State of Louisiana.

2.

The above-named Defendants are jointly, severally and *in solido* liable unto Petitioner in an amount to be determined at the trial of this matter, with legal interest thereon from judicial demand, for the reasons set forth below:

3.

This action results from a trip and fall incident in Washington Parish, Louisiana on or about November 10, 2020, at the Dollar General Market store located near Franklinton, Louisiana. Venue is proper before this Court as the Defendants conduct retail businesses in Washington Parish.

4.

On or about November 10, 2020, Petitioner was a customer at the Dollar General Market during normal business hours. As he shopped in the store, Petitioner tripped over a pair of shoes left unattended in the aisle and fell on his right side to the concrete floor, twisting and injuring his entire body, including his knee and hip. There were no warning signs nearby alerting Petitioner to the merchandise left in the walkway.

5.

Numerous Dollar General employees were nearby at the time of Petitioner's fall. They gave no warning to Petitioner, but immediately helped him to his feet and shortly thereafter cleared the aisle.

6.

The cluttered aisle created an unreasonably dangerous condition, without any warning signs to the customers, including Petitioner, who, while searching shelves and displays for needed/wanted items, did not see the conditions in the aisle before he tripped and fell.

7.

As a result of his fall, Petitioner sustained injuries to his entire body, including his back, knee, and hip.

8.

The sole and proximate cause of the Petitioner's slip and fall was the negligence of Defendants and/or its employees, for whom they are vicariously liable through the doctrine of *respondeat superior*. Defendants owe a duty of care to Petitioner as a customer to properly survey and supervise the premises at all times and to inspect for defects and/or unreasonably dangerous conditions which could cause harm to Petitioner. Defendants' neglect to properly survey, supervise, and maintain the premises created an unreasonably hazardous condition and a condition which caused injury to Petitioner.

9.

At all material times, Petitioner had no fault in the slip and fall incident and the sole and proximate cause of the injuries and damages sustained by Petitioner was the individual, joint, and *in solido* negligence of Defendants, which negligence includes, but is not limited to, the following:

10.

The sole and proximate cause of the above-described accident was the negligence, gross negligence, and/or omissions of Defendants, including:

a. Creating a hazardous condition by failing to remove merchandise from the aisles through which customers must pass;

b. Failure to warn persons, including Petitioner, of a hazardous and dangerous condition;

c. Failure to properly supervise and/or maintain its premises and the surrounding premises;

d. Failure to inspect the premises for defects and/or dangerous conditions that should be remedied;

e. Failure to take all precautions necessary to maintain the safety of their customers and the general public;

f. Failing to correct defects and/or dangerous conditions;

g. Failure to detour persons away from a hazardous situation when they knew or should have known of the hazardous situation;

h. Failure to train and/or supervise employees in proper safety measures;

i. Any and all other acts of negligence, including, but not limited to, violations of any and all state, parish and/or local codes, laws and/or ordinances, which may be proven at trial of this matter.

11.

Petitioner suffered injuries as a result of Defendants' negligence.

12.

Petitioner itemizes the damages to which he is entitled as a result of the incident, as follows:

   a. Physical pain, suffering, and discomfort;

   b. Mental anguish, emotional distress, aggravation, and annoyance;

   c. Medical expenses;

   d. Loss of enjoyment of life, humiliation and embarrassment;

   e. Lost wages and/or earning capacity;

   f. Restrictions and limitations of his daily activities;

   g. Other injuries and damages which will be shown more fully at trial.

13.

Petitioner hereby reserves his right to supplement and amend this Petition as needed.

WHEREFORE, Petitioner, Danny Jones, prays that the Defendants, DG Louisiana, LLC d/b/a Dollar General and Dolgencorp, LLC, be duly served with this Petition, that this Petition be deemed sufficient and that after all due proceedings, this Court find in favor of the Petitioner and against Defendants, awarding Petitioner all damages to which he is entitled under the law, plus all costs and interest from date of demand, and any and all other general and equitable relief to which he is entitled.

Respectfully submitted,

RENE FREDERICK & ASSOCIATES, LLC

BY: _____
RENE PAUL FREDERICK, #27468
JEANNE M. MAULDIN, # 28923
GERALD R. ALONZO, #02429
112 N. Jefferson Avenue
Covington, LA 70433
Telephone: (985) 893-8484
Facsimile: (985) 893-8118
rfrederick@rfalaw.com
jmauldin@rfalaw.com
galonzo@rfalaw.com

**PLEASE SERVE WITH PETITION FOR DAMAGES:**

1. DG Louisiana, LLC d/b/a Dollar General
   Through its agent for service of process:
   Corporation Service Company
   501 Louisiana Ave.
   Baton Rouge, LA 70802

2. Dolgencorp, LLC
   Through its agent for service of process:
   Corporation Service Company
   501 Louisiana Ave.
   Baton Rouge, LA 70802